UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLYDE DAVISON JR.,

Plaintiffs,

-against-

KEVIN CULLEN & ASSOCIATES P.C.,,

Defendants.

26-cv-3033 (LLS)

CIVIL JUDGMENT

For the reasons stated in the August 19, 2026, order, Plaintiff's complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed without prejudice for lack of subject matter jurisdiction.

SO ORDERED.

Dated: October 8, 2026
New York, New York

/s/ Louis L Stanton
Louis L Stanton
United States District Judge